UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE FLORENICO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.,<br><br>　　　　　　　　　　Defendant[s]. | Case No. 2:17-cv-00451-GMN-GWF<br><br>**ORDER** |

　　　　This matter is before the Court on the parties' Stipulated Protective Order (ECF No. 22), filed on April 5, 2018. The proposed protective order is unclear whether the party, who asserts that particular information should be treated as confidential under the protective order, has the *burden of proof* to establish that the information or document is entitled to such protection. The parties are directed to submit a revised protective order with that clarification. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Parties' Stipulated Protective Order (ECF No. 22) is hereby **denied**, without prejudice.

　　　　Dated this 19th day of April 2018.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1