ROBERT W. FREEMAN
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| GEORGE FLORENCIO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X, inclusive, and ROE CORPORATIONS I through X,<br><br>　　　　Defendants. | CASE NO.: 2:17-cv-0451-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff GEORGE FLORENCIO ("Plaintiff") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party

/ / /

/ / /

/ / /

/ / /

to bear their own attorney's fees and costs.

DATED this 12 day of Sept, 2019

THE POWELL LAW FIRM

By: _____
Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
6785 W. Russell Road
Suite 210
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*

DATED this 19th day of Sept., 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Robert W. Freeman, Esq.
Nevada Bar No. 03062
Pamela L. McGaha, Esq.
Nevada Bar No. 08181
Cheryl A. Grames, Esq.
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

ORDER

IT IS SO ORDERED:

Dated this 20 day of September, 2019

_____
Gloria M. Navarro, District Judge
United States District Court